■ EVELYN H. THOMSON, Respondent, v. JOHN W. THOMSON, JR., Appellant.— Order, entered on October 3, 1963, modifying a decree of separation, unanimously affirmed, without costs. While the counsel fee is somewhat large, it is not so great as to warrant a change in the allowance fixed by Special Term in the exercise of discretion. Concur — Breitel, J. P., Valente, McNally, Stevens and Eager, JJ.